# Court of Appeals
# of the State of Georgia

ATLANTA, December 04, 2025

*The Court of Appeals hereby passes the following order*

**A26I0081. CJ ENTERTAINMENT, LLC D/B/A RAIN GENTLEMEN'S CLUB v. HAVEN THURMAN.**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

23EV007275



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, December 04, 2025.

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

*, Clerk.*